**Order entered November 20, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01166-CV

### IN RE AMY DUPRE CASANOVA, Relator

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-13293-Z**

## ORDER

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** realtor's petition for writ of mandamus. We **ORDER** the trial judge, the Honorable David Lopez, to vacate those portions of his September 11, 2014 order that modify conservatorship, possession, and access to the child; that modify the child's domicile and the right to designate the child's primary residence; or that alter child support contingent upon relator's failure to relocate to Dallas County. Should the trial judge fail to comply with this order, the writ will issue. We **ORDER** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of his order issued in compliance with this order.

Because relator does not challenge the remainder of the trial court's order and has not established the trial court abused its discretion with regard to the other portions of the September 11, 2014 order, we do not address the portions of the trial court's order requiring performance of a custody evaluation, denying temporary spousal support, declining to order mediation and

exchange of sworn inventories, and allowing withdrawal of funds for the payment of attorney's fees. The trial court may leave its orders with regard to these matters in effect consistent with this Court's order.

We **DENY** as moot relator's emergency motion for temporary relief. We **ORDER** real party in interest, Mark Andrew Casanova, to bear the costs of this original proceeding.


/s/     MICHAEL J. O'NEILL
            JUSTICE